IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Leonard E. Young | ) | Adv No.:  14-00125 |
| Plaintiff, | ) | |
| | ) | Chapter:  13 |
| v. | ) | |
| America's Servicing Company | ) | Judge:  Schmetterer |
| Defendant. | ) | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Court has jurisdiction over this adversary pursuant to 28 U.S.C. sec. 151 et seq and 28 U.S.C. sec 1334 and Local Rule 2.33 of the United States District Court for the Northern District of Illinois. This is a core proceeding. The above referenced adversary case was filed February 26, 2014. The return date for the Summons was April 7, 2014. The Plaintiff served America's Servicing Company, by regular US mail. America's Servicing Company has failed to answer or otherwise plead in this case. The Debtors Chapter 13 case was filed on November 4, 2013. It has not been confirmed.

Among Debtors scheduled assets is the Debtors' residence, commonly known as 17658 Bernadine Street, Lansing, IL 60438 PIN #30-29-317-028-0000. The appraised value of said real estate is $120,000.00 as demonstrated by the Uniform Residential Appraisal Report of record. America's Servicing Company holds a second mortgage on the subject premises. The lien of the first mortgage held by America's Servicing Company is $128,805.89. The lien of the second mortgage held by America's Servicing Company is $35,059.07.00 at this time.

Under sections 506(a) and 506(d), America's Servicing Company's second mortgage would be an allowed secured claim to the extent of the value of the estates interest in the property securing the claim, and would be void to the extent it is not an allowed secured claim. Under sections 506(a) and 506(d), America's Servicing Company's second mortgage would be an allowed secured claim to the extent of the value of the estates interest in the property securing the claim, and would be void to

the extent it is not an allowed secured claim. The amount owed on the first mortgage, $128,805.89, exceeds the value of the real estate, $120,000.00. America's Servicing Company's second mortgage is wholly unsecured and may be stripped off. (See *In re: Pence,* 905 F.2d 1107 (7th Cir. 1990), *In Re: King,* 290 B.R. 642(C.D. Ill.2003), and this Court's opinion in *In re Forrest,* 09 B 20874 (N.D. Ill. 9/16/2009) *Slip Op.*

WHEREFORE, for the foregoing reasons, a judgment by default will be entered in favor of the Plaintiff and against Defendant America's Servicing Company, stripping the Defendant's second mortgage on the Plaintiff's residential real estate.

ENTERED

_____
U.S. Bankruptcy Judge
MAY 19 2014

Dated: 5/19/14

Rachael C. King
Atty No.: 6293129
Edwin L. Feld & Associates, LLC
29 S. LaSalle, Suite 328
Chicago, IL  60603
(312) 263-2100